IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YUSEF KENNARD, | CIVIL ACTION |
| Petitioner | |
| v. | NO. 09-1698 |
| ROBERT SHANNON, et al., | |
| Respondents | |

**ORDER**

AND NOW, this 7th day of January, 2010, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the Response thereto, and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin dated November 23, 2009, IT IS HEREBY ORDERED that:

1. the R&R is APPROVED and ADOPTED;

2. the Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
EDMUND V. LUDWIG, J.